## TOOMEY v. REILLY. ·

### No. 9000; December 9, 1885.

8 Pac. 833.

**Appeal.—Findings Held Sustained by the evidence.**

APPEAL from Superior Court, City and County of San Francisco.

Action on a promissory note for seven hundred dollars. After trial the jury found that "plaintiff paid to defendant, and defendant received of plaintiff, a valuable consideration for said promissory note." The evidence on which this finding was based consisted of testimony that said seven hundred dollar note, and another three hundred dollar note given at the same time, were executed to plaintiff in consideration of the sum of three hundred dollars loaned to defendant by plaintiff, and the interest on said sum, and also as payment for certain services rendered by plaintiff .to defendant.

Clement, Osment & Clement for appellant; W. C. Burnett and Isaac G. Burnett for respondent.

By the COURT.—We have examined the evidence given on the trial of this case, and find it sufficient to sustain the findings as to the consideration of the note.

The judgment and order are affirmed.